IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:95-CR-00142-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STEPHAN MICHAEL BULLIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following Mr. Bullis's July 9, 2015 letter to the court [DE-91] regarding an alleged discrepancy in Mr. Bullis's restitution payments. Specifically, Bureau of Prisons records indicate that a payment of $27,500.00 was made by Mr. Bullis. The U.S. Clerk's Financial Unit, however, has no record of such payment.

In July of 2015, this court requested that the United States Probation Office investigate the status of Mr. Bullis's restitution and submit written findings to the court. U.S. Probation Officer Shelley Barnhill has attempted to do so, but has been impeded by an unresponsive Bureau of Prisons. Despite emails, phone calls, and letters, USPO Barnhill has been unable to obtain information from staff at the Bureau of Prisons.

Accordingly, the Bureau of Prisons is ORDERED to reply to USPO Barnhill within ten (10) days from the date of this order. The Bureau of Prisons is further ORDERED to comply with USPO Barnhill's requests for information in this matter in the future. The Clerk is DIRECTED to send copies of this order to the Bureau of Prisons and to David Denson at FCI Butner Medium I.

SO ORDERED.

This the ___ day of September, 2015.

                                            James C. Fox
                                            Senior United States District Judge