IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:95CR00142-001F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO CREDIT RESTITUTION |
| | ) | |
| STEPHAN BULLIS, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause having been shown upon the Motion of the United States of America, it is hereby ordered that the Financial Section of the Court will credit the remaining restitution balance of $27,493.82 for direct payments made outside of the U.S. District Court.

SO ORDERED, this ___6___ day of ___November___, 2015.

_____
James C. Fox
U. S. District Court Judge