STEPHAN BULLIS
Registration Number: 15902-056
Federal Correction Institute
Post Office Box 1000
Butner, North Carolina 27509

FILED

OCT 0 1 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___MM___ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 95-CR-142-FL

| | |
|---|---|
| STEPHAN BULLIS ) | |
|    Plaintiff, ) | MOTION TO AMEND JUDGMENT |
| ) | TO INCLUDE RELOCATION |
| v ) | OUT OF SENTENCING DISTRICT |
| ) | |
| United States of America ) | |
|    Respondent. ) | |

Stephan Bullis, pro se, request this court amend it's sentencing of 13 March 2025 to include relocation to the Western District of Missouri.

STATEMENT OF FACTS

On 13 March 2025 this court sentenced the petitioner to 442 months of imprisonment, with a recommendation for the defendant to receive one (1) year of halfway house. This court also agreed with and accepted the petitioners relocation plan to relocate to the western district of Missouri. The relocation plan was presented for three (3) reasons: 1) to remove the petitioner from geographical area of his victims. 2) A job offer from a Law Firm in Missouri to employ the petitioner. And lastly, the petitioner had placed a contract for deed on a house in Missouri. (See, Sentencing Memorandum and Reentry Plan submitted for sentencing). This court in its sentencing did recommend that the Federal Bureau of Prisons place Mr. Bullis in residential reentry for a period of 12 months.

## DISCUSSION

After sentencing petitioner was placed back into the custody of the Federal Bureau of Prisons. Currently, the Bureau has been trying to work with Probation and Parole for the Western District of Missouri. However, because Mr. Bullis' home is not currently habitable, and a lack of formal ties to Missouri other than the house and a job offer, Probation Parole has denied Mr. Bullis' relocation and halfway house placement.

Mr. Bullis now[1] request that this court amend it sentencing order to include a relocation order to the Western District of Missouri. This will save the court time and resources by allowing the petitioner to transfer directly to the district without having to release to the Eastern District of North Carolina and then petition this court to allow the transfer at that time.

This will also allow the Federal Bureau of Prisons to follow through on this courts recommendation for twelve (12) months of residential reentry to smooth the transition of Mr. Bullis back into society. While at the same time following through on this court's approved reentry plan which included relocation to Missouri. Thereby, fulfilling the courts desire to allow Mr. Bullis to distance himself from his victims while allowing him to reenter society with a job and future housing secured before release.

---

/ After discussions with his Bureau of Prisons Unit Team, Mr. Bullis was informed that if his sentencing order included or was amended to include a relocation order the FBoP would be obliged to relocate him to the new judicial district.

2

## CONCLUSION

For good cause shown Mr. Bullis request that this court grant his request to amend the judgment of 13 March 2024 to include a judicial relocation order to the Western District of Missouri.

Respectfully Submitted,

*/s/ Stephan Bullis*

Stephan Bullis
Register Number 15902-056
FCI Butner #1
Post Office Box 1000
Butner, North Carolina 27509

## CERTIFICATE OF SERVICE

I, Stephan Bullis, Register Number 15902-056, do swear for the purposes of service, that on 26 September 2025, I placed a true and correct copy of the forgoing motion in the United States Mail, First Class stamp affixed, and properly addressed to; Office of the United States Attorney, 150 Fayetteville Street, Suite 2100, Raleigh, N.C. 27601. 28 U.S.C. § 1746

*/s/ Stephan Bullis*

Stephan Bullis
Register Number: 15902-056
Federal Correction Institute # 1
Post Office Box 1000
Butner, North Carolina 27509