STEPHAN BULLIS
Registration Number: 15902-056
Federal Correction Institute
Post Office Box 1000
Butner, North Carolina 27509

**FILED**

OCT 1 0 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____M M_____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 95-CR-142-FL

STEPHAN BULLIS              )
    Plaintiff,             )     MOTION FOR EXPEDITED RULING ON
                )     REQUEST TO AMEND FINAL JUDGEMENT
    v                      )     TO INCLUDE RELOCATION OUT OF
                )     ORIGINAL SENTENCING DISTRICT
United States of America   )
    Respondent.            )
_____)

Stephan Bullis, pro se, request this court expedite ruling on motion amend

it's sentencing of 13 March 2025 to include relocation to the Western District

of Missouri.

STATEMENT OF FACTS

On 26 Sept. 2025, petitioner filed in this Court, a "Motion to Amend Final

Judgement to Include Relocation out of Sentencing District" in criminal case 95-

CR-142-FL-1. On 30 Sept. 2025 petitioner filed a "Memorandum of Law in Support

of Motion to Amend Final Judgement".

Petitioner now request this Court expedite it's ruling on motion to amend.

DISCUSSION

Petitioner, request expedited ruling to allow the Federal Bureau of Prisons

time to file the appropriate paperwork to ensure the courts recommendation that

petitioner receive one year of residential reentry center (RRC) placement. The Bureau indicates that it requires 60 days in order to file for and receive approval and placement in a RRC. Therefore, the Bureau would need to have an amended judgement no later than 9 January 2026, in order to place petitioner Bullis in a residential reentry center by 9 March 2026, ensuring his one year transition period recommended by this Court. This Court, counsel and petitioner, discussed the need for reentry center placement in detail at sentencing. At the time of petitioners release he will have served thirty one and a half years in prison. The need for residential reentry, and placement in the state of Missouri was approved by the Court at sentencing. If relocated to Missouri, petitioner has a job offer with attorney Tom Norrid. A contract for deed to a home in Kansas City, Mo. and access to a vehicle upon release.

CONCLUSION

For good cause shown, Mr. Bullis, prays this court grant his request for expedited ruling on "Motion to Amend Judgment" of 13 March 2025 to include a judicial relocation order to the Western District of Missouri.


Respectfully Submitted,


Stephan Bullis

Register Number 15902-056

FCI Butner #1
Post Office Box 1000
Butner, North Carolina 27509


2

## CERTIFICATE OF SERVICE

I, Stephan Bullis, Register Number 15902-056, do swear for the purposes of service, that on 6 October 2025, I placed a true and correct copy of the forgoing motion in the United States Mail, First Class stamp affixed, and properly addressed to; Office of the United States Attorney, 150 Fayetteville Street, Suite 2100, Raleigh, N.C. 27601. 28 U.S.C. § 1746

Stephan Bullis
Register Number: 15902-056
Federal Correction Institute # 1
Post Office Box 1000
Butner, North Carolina 27509